# Court of Appeals
# of the State of Georgia

ATLANTA, October 05, 2023

*The Court of Appeals hereby passes the following order*

**A24I0030. ALBERT J. HUGHES v. BAILEY MORRIS CROCKARELL JR. et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2022CV00673



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, October 05, 2023.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*